SHAW, Judge,
concurring in part and concurring in the result.
Although I do not agree with all the language and reasoning in the main opin *1190 ion, I do agree with the following holdings: that William Lyle Marshall must be resen-tenced in accordance with this Court’s opinion in Hankins v. State, 989 So.2d 610 (Ala.Crim.App.2007); that a circuit court has jurisdiction to sentence a defendant for a conviction of driving under the influence regardless of whether the sentence is a felony sentence or a misdemeanor sentence; and that Dutton v. State, 807 So.2d 596 (Ala.Crim.App.2001), Davis v. State, 806 So.2d 404 (Ala.Crim.App.2001), and State v. Shaver, 816 So.2d 88 (Ala.Crim.App.1999), should be overrated. In all other respects, I concur only in the result.